[No. 70706-0-I. Division One. August 10, 2015.]

KELLY BOWMAN, *Appellant*, v. SUNTRUST MORTGAGE, INC., ET AL., *Respondents*.

by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Leach, JJ.

[No. 70851-1-I. Division One. August 10, 2015.]

LYNN DALSING, *Plaintiff*, MICHAEL AMES, *Respondent*, v. PIERCE COUNTY, *Appellant*.

by unpublished opinion per Lau, J., concurred in by Appelwick and Schindler, JJ. Now published at 190 Wn. App. 251.

[No. 71026-5-I. Division One. August 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO GONZALEZ-MENDOZA, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated October 19, 2015. Substitute opinion filed. See 190 Wn. App. 1035.

[No. 71526-7-I. Division One. August 10, 2015.]

DENNIS WILLHITE, *Appellant*, v. FARMERS NEW WORLD LIFE INSURANCE COMPANY, *Respondent*.

by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, J.